IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01719-MSK-KLM

MISTI LEE SCHNEIDER,

    Plaintiff,

v.

CITY OF GRAND JUNCTION, COLORADO, and its Police Department,
BILL GARDNER,
JOHN CAMPER,
WILLIAM D. BAKER, and
JOHN AND JANE DOES 1 to 10, in their official and individual capacities,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Extension of Time to Respond to Defendants' First Set of Discovery Requests** [Docket No. 30; Filed October 13, 2010] ("Plaintiff's Motion") and Defendants' **Unopposed Motion for Entry of Stipulation and Protective Order** [Docket No. 28; October 13, 2010] ("Defendants' Motion").

IT IS HEREBY **ORDERED** that Plaintiff's Motion [#30] is **GRANTED**. Plaintiff shall respond to Defendants' First Set of Discovery Requests on or before **November 8, 2010**.

IT IS HEREBY **ORDERED** that Defendants' Motion [#28] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulation and Protective Order is accepted for filing and entered as an Order of the Court, with interlineations, as of today's date.

Dated: October 14, 2010