IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01719-MSK-KLM

MISTI LEE SCHNEIDER,

    Plaintiff,

v.

CITY OF GRAND JUNCTION, COLORADO, and its Police Department,
BILL GARDNER,
JOHN CAMPER,
WILLIAM D. BAKER, and
JOHN AND JANE DOES 1 to 10, in their official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Join Additional Defendants** [Docket No. 40; Filed November 19, 2010] (the "Motion"). The deadline for amendment of the parties' pleadings is November 30, 2010 [Docket No. 20]. As such, the Motion is timely. The purpose of amendment is to provide identities for two of the John Doe Defendants named in the Complaint. I find that Plaintiff has provided good cause for joinder pursuant to Fed. R. Civ. P. 20 and that justice would be served by the proposed amendments pursuant to Fed. R. Civ. P 15. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the First Amended Complaint [Docket No. 40-1] is accepted for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Plaintiff shall effect service of the Summons, First Amended Complaint, and this Order on the new Defendants on or before **December 10, 2010**. Their answers shall be due as prescribed by the Federal Rules of Civil Procedure.

    IT IS FURTHER **ORDERED** that current Defendants shall answer or otherwise respond to the First Amended Complaint on or before **December 20, 2010**.

    Dated: November 19, 2010