IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01719-MSK-KLM

MISTI LEE SCHNEIDER,

    Plaintiff,

v.

CITY OF GRAND JUNCTION, COLORADO, and its Police Department,
BILL GARDNER,
JOHN CAMPER,
WILLIAM D. BAKER, and
JOHN AND JANE DOES 1 to 10, in their official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Amend Scheduling Order** [Docket No. 56; Filed February 17, 2011] (the "Motion"). The Motion is partially opposed. Plaintiff's opposition does not relate to the explicit relief sought.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on September 28, 2010 [Docket No. 20] and amended on January 18, 2011 [Docket No. 54] is further modified as follows:

- Discovery Deadline      **May 31, 2011**;
- Dispositive Motions Deadline      **June 30, 2011**;[1] and
- The number of depositions is increased to fifteen (15) per side, exclusive of treating professionals and experts.

Dated: February 18, 2011

---

[1] To the extent that Defendants also seek an extension of the Rule 702 motions deadline, this deadline is set by the District Judge and is explicitly tied to the dispositive motions deadline. *Order* [#21] at 2 (noting that "[i]f the dispositive motion deadline is changed, the Rule 702 deadline automatically changes to match it"). Therefore, no separate order regarding an extension of the Rule 702 motions deadline is necessary.