IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01719-MSK-KLM

MISTI LEE SCHNEIDER,

    Plaintiff,

v.

CITY OF GRAND JUNCTION, COLORADO, and its Police Department,
BILL GARDNER,
JOHN CAMPER,
WILLIAM D. BAKER,
JOHN A ZEN,
RICK DYER, and
JOHN AND JANE DOES 3 to 10, in their official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion To Be Excused from Attending Settlement Conference** [Docket No. 59; Filed February 23, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Individual Defendants are excused from attending the Settlement Conference set in this matter. However, defense counsel shall obtain a telephone number where each may be reached throughout the duration of the conference.

    Dated:  February 24, 2011