## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover      Date: July 12, 2011
Court Reporter:    Paul Zuckerman

Civil Action No. 10-cv-01719-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MISTI LEE SCHNEIDER, | Elizabeth Smith |
| Plaintiff, | |
| v. | |
| THE CITY OF GRAND JUNCTION POLICE DEPARTMENT, an agency of The City of Grand Junction; | Eric Ziporin |
| | Monica Kovaci |
| BILL GARDNER; | Thomas Rice |
| JOHN CAMPER; | |
| WILLIAM D. BAKER; and | Doug Jewell |
| JOHN AND JANE DOES 1 to 10, in their official and individual capacities, | |
| Defendants. | |

## COURTROOM MINUTES

HEARING:    Law and Motion

**3:06 p.m.**      **Court in session.**

The Court address the parties' Joint Motion for 702 hearing (**Doc. #83**).

Statements by counsel Smith and Rice.

The Court will not set the 702 hearing at this time for the reasons stated in the record.

The Court addresses Motion to file Second Amended Complaint (**Doc. #63**).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

No further argument.

**ORDER**:	The Court adopts the Report and Recommendations (**Doc. #77**) and **DENIES** plaintiff's Motion to File Second Amended Complaint (**Doc. #63**).

The Court addresses defendant's Motion in *Limine* and the need for a hearing.

**ORDER:**	Defendant's reply to the Motion in *Limine* will be filed by **July 22, 2011.** A hearing is set on **August 4, 2011 at 4:00 p.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

The Court addresses defendant's expert witness Shelley's opinions.

Statements by counsel Smith and Rice.

**ORDER:**	Plaintiff's Motion in Limine will be filed by **July 15, 2011**; defendant's response will be filed by **July 22, 2011** and plaintiff's reply will be filed by **July 29, 2011.**

**3:40 p.m.**	**Court in recess.**

**Total Time:	34 minutes.**
**Hearing concluded.**