**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover        Date: August 4, 2011
Court Reporter:    Paul Zuckerman

Civil Action No. 10-cv-01719-MSK-KLM

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MISTI LEE SCHNEIDER, | Elizabeth Starrs |
| | Clayton Wire |
|           Plaintiff, | |
| v. | |
| THE CITY OF GRAND JUNCTION POLICE DEPARTMENT, an agency of The City of Grand Junction; BILL GARDNER; JOHN CAMPER; | Thomas Rice |
| WILLIAM D. BAKER; and JOHN AND JANE DOES 1 to 10, in their official and individual capacities, | Doug Jewell |
|           Defendants. | |

**COURTROOM MINUTES**

HEARING:    Law and Motion

**4:06 p.m.**      **Court in session.**

The Court addresses the 702 motion and the reports by the expert witness.

Argument.

The Court address the defendants' Motion in *Limine* (**Doc. #84**)

Argument.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Defendants' Motion in *Limine* (**Doc. #84**) is **GRANTED** with regard to all challenges as to compliance with model policies and procedures of the International Association of Chiefs of Police, the commission on accreditation of law enforcement agencies and the Colorado Association of Chiefs of Police except for those that have been specifically delineated in today's hearing.

**ORDER:** Within 14 days from today's date, counsel will jointly contact chambers to set the 702 hearing.

**5:09 p.m.** Court in recess.

**Total Time:** 1 hour 3 minutes.
**Hearing concluded.**